# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CLARENCE FROST and TAMMY FROST, *individually and on behalf of all others similarly situated*, | Case No. 24-cv-3737 (LMP/LIB) |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| CAMPING WORLD HOLDINGS, INC., | |
| Defendant. | |

This matter is before the Court on Plaintiffs' Notice of Dismissal with Prejudice (ECF No. 10). **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and without costs or disbursements to any party.

Dated: January 6, 2025

*s/ Laura M. Provinzino*
Laura M. Provinzino
United States District Judge